**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 41 WAL 2020

          Respondent           :

                              :   Petition for Allowance of Appeal

                              :   from the Order of the Superior Court

          v.                   :

                              :

MICHAEL LASHAWN MCCARY,        :

                              :

          Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.